## No. 5141.

### PAUL MACK VS. C. E. FORTIER ET AL.

The maker, and the indorser of a promissory note, although not technically debtors *in solido*, are yet liable, *each*, for the whole debt.

APPEAL from the Sixth District Court, parish of Orleans. *Saucier*, J. *J. H. Grover*, for plaintiff and appellee. *N. H. Rightor*, for defendant.

The opinion of the court was delivered by SPENCER, J.

This is a suit against Charles E. Fortier as maker and John Sbisa as indorser of a promissory note. The defense is a general denial by both defendants.

Upon trial there was judgment for plaintiff against both defendants *in solido*.

Defendants moved for a new trial, on the ground that the judgment erroneously condemned them *in solido*. The motion was refused, and defendants took this suspensive appeal.

The maker and indorser each owe the whole amount of a negotiable

promissory note to the holder, and he may pursue either or both for the whole. This may not be technically a solidary obligation, but plaintiff was entitled to a judgment against each of them for the entire debt, and that end is secured and expressed by the words " judgment in solido."

No damages are asked for frivolous appeal.

The judgment is affirmed with costs in both courts.